1  LAW OFFICES OF  JAMES P. STONEMAN, II
   JAMES P. STONEMAN, II, (Bar No. 94523)
2  100 West Foothill Blvd.
   Claremont, CA  91711
3  Telephone (909) 621-4987
   Facsimile (909) 624-1427
4
   LAW OFFICES OF MARK JOHN TUNDIS
5  MARK J. TUNDIS, (Bar No. 101464)
   984 West Foothill Boulevard
6  Upland, CA  91786
   Telephone (909) 985-9643
7  Facsimile (909) 985-3381

8  Attorneys for Plaintiffs
   HECTOR RAMIREZ, JESUS SOTO,
9  on behalf of themselves and
   all others similarly situated

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

10

11              IN THE UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13                        WESTERN DIVISION

14

15  HECTOR RAMIREZ, JESUS SOTO,    )  CASE NO.  CV08-00803 ABC (FFMx)
    on behalf of themselves and    )
16  all others similarly           )  Assigned for all purposes to
    situated,                      )  The Honorable Audrey B. Collins
17                                 )
                    Plaintiff,     )  [PROPOSED] FINAL JUDGMENT AND
18                                 )  ORDER OF DISMISSAL WITH
         vs.                       )  PREJUDICE
19                                 )
    TOTAL TRANSPORTATION &         )  DATE:       January 11, 2010
20  DISTRIBUTION, INC., and DOES   )  TIME:       10:00 a.m.
    1 through 10, inclusive,       )  COURTROOM:  680
21                                 )
                    Defendants.    )
22  _____)    BY FAX

23       The Court has received and considered the Amended Joint

24  Stipulation of Settlement between Plaintiff and Defendant

25  (hereinafter the "Settlement Agreement"); has previously granted

26  preliminary approval of the class settlement that provided for

27  conditional class certification; has been informed by declaration

28  that notice to the Class of the settlement has been given to the

                                  1

1   Class; has held a fairness hearing at which all parties appeared

2   by the Counsel and at which the Class members were afforded the

3   opportunity to object to the proposed settlement; has received

4   and reviewed briefing and evidence as to why the proposed

5   settlement is fair, adequate and in the best interests of the

6   represented class; and has considered all other arguments and

7   submissions in connection with the proposed settlement.

8        **NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,**

9   **ADJUDGED AND DECREED THAT:**

10       1.   The Settlement Agreement and the terms therein are

11  fair, just, reasonable and adequate as to the settling parties,

12  including the Class (as defined below), and is hereby finally

13  approved in all respects except as modified by this Order.  The

14  parties are hereby directed to perform the terms of the

15  Settlement Agreement and this Order.

16       2.   The Class represented herein by Plaintiffs as defined in

17  the Amended Joint Stipulation of Settlement is certified for

18  settlement purposes.

19       3.   The unopposed application of Class Counsel for costs and

20  attorneys' fees award against Defendant is hereby granted.

21  Attorneys' fees and costs in the amount of $75,000 shall be paid

22  to Class Counsel pursuant to the schedule of payments set forth

23  below.  The Court hereby also awards a class representative

24  enhancement of $2,500 to Hector Ramirez and $2,500 to Jesus Soto.

25  The class representative enhancement shall be paid in accordance

26  with the terms of the Settlement Agreement as modified by this

27  Order.  No other costs and fees relief shall be awarded, either

28  against Defendant or any related persons or entities or from the

[Proposed] Final Judgment and Order of Dismissal with Prejudice

1 | award to the Class.

2 |     4.  Defendant is ordered to pay the total sum of $225,000 on

3 | the following schedule to an interest-bearing trust account to be

4 | established by Class Counsel.

5 |         January 15, 2010        $50,000

6 |         February 15, 2010      $10,000

7 |         March 15, 2010        $10,000

8 |         April 15, 2010        $10,000

9 |         May 15, 2010        $10,000

10 |         June 15, 2010        $10,000

11 |         July 15, 2010        $10,000

12 |         August 15, 2010      $10,000

13 |         September 15, 2010    $10,000

14 |         October 15, 2010     $10,000

15 |         November 15, 2010    $10,000

16 |         December 15, 2010    $10,000

17 |         January 15, 2011      $10,000

18 |         February 15, 2011     $27,500

19 |         March 15, 2011       $27,500

20 | Class Counsel are ordered to issue payments from such account on

21 | a quarterly basis, during the months of March, June, September,

22 | December of 2010 and March of 2011.  Class counsel are authorized

23 | to issue checks for one-half of the attorneys' fees and costs

24 | ($37,500) and one-half of the class representative enhancement

25 | payments ($1,250 to each class representative) at the time of the

26 | first quarterly payment.  The other half of such fees and costs

27 | and enhancements will be deferred and paid from the last payment

28 | (March, 2011.)  The remainder of the first and last quarterly

[Proposed] Final Judgment and Order of Dismissal with Prejudice

payments, and all of the other quarterly payments will be paid on
a pro-rata basis according to the formula set forth in the
Amended Joint Stipulation of Settlement, to the 41 participating
class members during the months of March, 2010, June, 2010,
September, 2010, December, 2010 and March, 2011.

4.    All Class members, except those who timely opted out of
the settlement, are bound by the instant Final Judgment and Order
of Dismissal With Prejudice and by the previously-approved
Settlement Agreement.  Each participating Class members is hereby
deemed to have released Defendants and any related parties, as
defined in the Settlement Agreement, from the claims described in
the Settlement Agreement.

5.    The action is hereby dismissed on the merits with
prejudice.  The Court shall retain jurisdiction of this action.
Jurisdiction shall be so retained the purposed of resolving any
disputes that may arise as to the implementation of the monetary
relief terms of th Settlement Agreement.

IT IS SO ORDERED.

Dated: _____Jen 11, 2010_____        _____Quay B Culvin_____
                                         The Honorable Audrey B. Collins
                                         Judge, U.S. District Court for
                                         the Central District Of California

[Proposed] Final Judgment and Order of Dismissal with Prejudice

1
2

<u>CERTIFICATE OF SERVICE</u>
(United States District Court)

3      I am a citizen of the United States and a resident of Los Angeles
County.  I am over the age of eighteen years and not a party to the
within entitled action; my business address is:  100 West Foothill
4  Boulevard, Claremont, California, 91711.

5      On December 23, 2009 I served the within **[PROPOSED] FINAL
JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** on the interested
6  parties in said action on the following person(s) in the manner(s)
indicated below:

7

        Matthew R. Orr, Esq.
8        CALL, JENSEN & FERRELL
        610 Newport Center Drive, Suite 700
9        Newport Beach, CA   92660

        Telephone (949) 717-3000
10        Facsimile    (949) 717-3100
        Email:      morr@calljensen.com

11

**(X)**  **(BY ELECTRONIC SERVICE)** I am causing the document(s) to be served
12       on the Filing User(s) through the Court's Electronic Filing
        System.

13

()   **(BY MAIL)** I deposited such envelope with postage thereon fully
14       prepaid, in the United States mail at Claremont, California.

15  ()   **(BY FACSIMILE TRANSMISSION)** on this date, at the time indicated
        on the transmittal sheet, I transmitted from a facsimile
16       transmission machine, which telephone number is (909) 624-1427,
        the document described above and a copy of this declaration to
17       the person, and at the facsimile transmission numbers, set forth
        herein.  The above-described transmission was reported as
18       complete and without error by a properly issued transmission
        report issued by the facsimile transmission machine upon which
19       the said transmission was made immediately following the
        transmission.

20

()   **(BY PERSONAL SERVICE)**
21

        () by personally delivering copies thereof to the person served.
22

        () I delivered such envelope by and to the offices of the
23          addressee pursuant to F.R.C.P. §5(b)(2).

24  ()   **(OVERNIGHT SERVICE)** by sealing the envelope and placing it for
        collection and delivery by Federal Express with delivery fees
25       paid or provided for in accordance with ordinary business
        practices.

26

()   **(ELECTRONIC MAIL)** I transmitted the foregoing document(s) by e-
27       mailing to the addressee(s) at the e-mail address(s) indicated.

28  ()   **(FEDERAL)** I declare that I am a member of the Bar and a
        registered Filing User for this District of the United States
        Court.

1   (X)  **(FEDERAL)** I declare that I am employed in the office of a member
         of the bar of this court, at whose direction this service was
2        made.

3        I declare under penalty of perjury under the laws of the United
    States of American that the foregoing is true and that this
4   Certificate is executed on December 23, 2009, at Claremont,
    California.

5

6                                    _____
                                         KATHERINE E. KARAISCOS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28